**Marquis & Aurbach**
WILLIAM A. LEVY, ESQ.
Nevada Bar No: 2067
ERIK W. FOX, ESQ.
Nevada Bar No. 8804
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
wlevy@marquisaurbach.com
efox@marquisaurbach.com
 Attorneys for Shawmut Woodworking &
 Supply, Inc. dba Shawmut Design & Construction

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Painters Joint Committee, through its designated fiduciaries, John Smirk and Thomas Pfundstein; IUPAT Industry Pension Fund; Employee Painters Trust Health & Welfare Fund; Painters Vacation-Holiday Savings Fund; Painters Apprentice Training Trust Fund; Painters Industry Promotion Fund; Painters JCIP Fund; Painters Organizing Fund; and Painters Labor Management Contract Fund,<br><br>     Plaintiffs,<br><br>vs.<br><br>J.L. Wallco, Inc. dba Wallternatives, a Nevada corporation; Joseph R. Esquivel, Jr., an individual; Lori M. Esquivel, an individual; Platte River Insurance Company; Richard Nieto, an individual; Cobalt Contractors, LLC, a Nevada limited liability company,<br><br>     Defendants. | Case No.: CV-S-07-1079-PMP-PAL |

### STIPULATION AND ORDER TO SET ASIDE JUDGMENT

  Comes now Shawmut Woodworking & Supply, Inc. dba Shawmut Design & Construction, along with Plaintiffs Painters Joint Committee, through its designated fiduciaries, John Smirk and Thomas Pfundstein, IUPAT Industry Pension Fund, Employee Painters Trust Health & Welfare Fund, Painters Vacation-Holiday Savings Fund, Painters Apprentice Training Trust Fund, Painters Industry Promotion Fund, Painters JCIP Fund, Painters Organizing Fund, and Painters Labor Management Contract Fund (hereinafter "Plaintiffs"), hereby stipulate and

M&A:08682-015 1093269_1 7/16/2010 12:48 PM

agree to set aside the judgment entered on May 5, 2010, in favor of Plaintiffs against Shawmut Woodworking & Supply, Inc. dba Shawmut Design & Construction.

Dated: July 16th, 2010

CHRISTENSEN JAMES & MARTIN

By: /s/ Evan L. James
EVAN L. JAMES, ESQ.
Nevada Bar No: 7760
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Attorney for Plaintiffs

Dated: July 16, 2010

MARQUIS & AURBACH

By: /s/
WILLIAM A. LEVY, ESQ.
Nevada Bar No: 2067
ERIK W. FOX, ESQ.
Nevada Bar No. 8804
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Shawmut Woodworking & Supply, Inc. dba Shawmut Design & Construction

IT IS SO ORDERED.

DATED this 20th day of July, 2010.

/s/ Philip M. Pro
United States District Court Judge